April 29, 2011

Ms. Jennifer A. Powell
Schwartz & Eichelbaum
Wardell Mehl and Hansen, P.C.
4201 W. Parmer Lane, Suite 201
Austin, TX 78727
Mr. Russell Scott Cook
The Cook Law Firm
919 Congress Ave. Suite 1220
Austin, TX 78701

RE: Case Number: 09-0100
 Court of Appeals Number: 03-06-00768-CV
 Trial Court Number: D-1-GN-062709

Style: TRAVIS CENTRAL APPRAISAL DISTRICT
 v.
 DIANE LEE NORMAN

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Jeffrey D. Kyle |
| |Ms. Amalia Rodriguez |
| |Mendoza |
| |Mr. Adam Warren Aston |